AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX XXXXXX Street, SE
Apartment #X
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Christopher Fiorito___ being duly sworn depose and say:

I am a(n) ___Federal Bureau of Investigation___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location):

Location, also known as XXXXX XXXXX, and is described as a multi-family dwelling (apartment building) located in the XXXXX XXXXX on the right side of XXXXXX Street, SE after crossing XXXXXXXXXX Street, SE. Building XXXX is located on the right side of the court as entering area. Building is a two story brick structure with brown trim and has a concrete sidewalk with brown metal rails leading up to the building entrance. Entrance has a brown metal roof with brown columns over doorway and a white sign with numbers "XXXX" affixed on the front at the entrance and can be seen from parking lot. The front door (lock out) of bldg. is brown metal with a plate glass window and a silver metal handle. The apartment is located on the first floor and has a brown door w/the number "X" affixed on the knocker.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title __21__ United States Code, Section(s) __841 (a)(1) & 846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer