UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. :

ENTIRE PREMISES OF
1117 WAHLER PLACE, SE
3092 STANTON ROAD SE, APT #203
4203 FOURTH STREET, SE, APT #1
4331 FOURTH STREET, SE, APT #2
4331 FOURTH STREET, SE APT #5
4217 FOURTH STREET, SE, APT #3
4204 FOURTH STREET, S.E., APT #201
3819 SECOND STREET, S.E., APT C
All in Washington, D.C.

No. 06-225 M-01

**UNDER SEAL**

FILED
MAY 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the United States, it is this ____18____ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge