AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4203 Fourth Street, SE
Apartment, #1
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06-225 M-01

TO: __Special Agent Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Christopher Fiorito__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):
Location, also known as First Court, is described as a multi-family dwelling (apartment building) located in the first court on the right side of Fourth Street, SE after crossing Chesapeake Street, SE. Building 4203 is located on the right side of the court as entering area. Building is a two story brick structure with brown trim and has a concrete sidewalk with brown metal rails leading up to the building entrance. Entrance has a brown metal roof with brown columns over doorway and a white sign with numbers "4203" affixed on the front at the entrance and can be seen from parking lot. The front door (lock out) of bldg. is brown metal with a plate glass window and a silver metal handle. The apartment is located on the first floor and has a brown door w/the number "1" affixed on the knocker.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___MAY 26 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006                           at Washington, D.C.

Date and Time Issued   ALAN KAY
                       U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/2006 | 5/23/06 6:40AM | RESIDENCE WAS EMPTY - N/A |

INVENTORY MADE IN THE PRESENCE OF  RESIDENCE WAS EMPTY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FILED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]    05-30-06
U.S. Judge or U.S. Magistrate Judge    Date

FD-597 (Rev 8-11-94) Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF 221187

On (date) 5/23/06

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 4203 4th Street A#1 (Southeast)

(City) Washington, DC

Description of Item(s):
1 - Multiple Photographs
ITEM 2 - Spiral Notebook with List of Apartments & Misc Writings
ITEM 3 - Paperwork of Marlinda Faison, Traleshia Faison, Terrell Holloway
ITEM 4 - Misc Pictures
ITEM 5 - Documents, Day Planner & Moneygram Receipt
ITEM 6 - 1 Roll of Fuji Film ISO 800
ITEM 7 - DC Notice for DWI and USCP Arrest Report for Derek Tom Lewis
ITEM 8 - Sales Receipt/Shipping Paperwork from Top of Refrigerator
ITEM 9 - 3 Razor Blades & One Plate w/ Residue of White Powder of Suspected Cocaine
ITEM 10 - Pink Plastic Bag w/ Powder Substance of Suspected Cocaine
ITEM 11 - Rubber Glove Containing 1 Federal 380R and 1 CCI .380 Round
ITEM 12 - Blue Pillow w/ Writing & Markings

Received By: _____ (Signature)

Received From: Nicole Hunt to sign (Signature)