**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re Search Warrant**
**for the premises of:**


4203 FOURTH STREET, SE, APARTMENT #1    :        06-225-M-01
WASHINGTON, D.C.                        :


**MOTION TO UNSEAL**

       The United States of America, by and through its attorney, the United States

Attorney for the District of Columbia, respectfully moves the Court for an Order unsealing the

documents and docket entries connected to the above captioned search warrant.  The unsealing is

now necessary because the search warrant has been executed and the Government must comply

with its discovery obligations pursuant to the Federal Rules of Criminal Procedure.

       Respectfully submitted,

       JEFFREY A. TAYLOR, Bar No. 794610
       United States Attorney


       _____
       ARVIND K. LAL, Bar No. 489396
       MATTHEW P. COHEN, Bar No. 469629
       Assistant United States Attorneys
       555 4th Street, N.W., Room 4217
       Washington, DC 20530
       (202) 353-8833