UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re Search Warrant
for the premises of:

4203 FOURTH STREET, SE, APARTMENT #1    :    06-225-M-01
WASHINGTON, D.C.    :

### ORDER

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_August 21, 2007_
Date

_____
United States Magistrate Judge